# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CLARENCE GIBBS, | CASE NUMBER |
| --- | --- |
| Plaintiff(s)/Petitioner(s), | 2:18-cv-755-CJC(E) |
| v. | |
| WARDEN ASUNCION, et al., | **ORDER OF DISMISSAL** |
| Defendant(s)/Respondent(s). | |

**The Court previously received from Plaintiff(s)/Petitioner(s):**

☐ an IFP Request with no accompanying Complaint or Petition.

☒ a Complaint or Petition without an accompanying IFP Request, and without payment of the filing fees.

**The Court sent a warning letter to Plaintiff(s)/Petitioner(s) advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected.**

**Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.**

**IT IS SO ORDERED.**

Dated: March 12, 2018

_____
United States District Judge