UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:18-cv-00755-CJC (MAA)**　　　　　　　　　Date: **November 26, 2018**

Title　　**Clarence Gibbs v. Warden Asuncion, *et al.***

---

Present: The Honorable:　　MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:　　　　Attorneys Present for Respondent:
N/A　　　　　　　　　　　　　　　　　　　　N/A

**Proceedings (In Chambers):**　　**Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On October 3, 2018, the Court issued an Order Dismissing First Amended Complaint with Leave to Amend. ("Order," ECF No. 20.) The Court ordered that if Plaintiff Clarence Gibbs intended to pursue this matter, he was required to file a Second Amended Complaint within thirty (30) days after the Order, *i.e.*, by November 2, 2018. (*Id.* at 9.) The Court explicitly cautioned Plaintiff that failure to comply with the Order would **"result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)."** (*Id.* at 10.)

To date, Plaintiff has filed neither a Second Amended Complaint nor a notice of voluntary dismissal of the action. (A Notice of Dismissal form is attached to this Order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **December 26, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff files a Second Amended Complaint or a Notice of Dismissal on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

It is so ordered.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Initials of Preparer**　　cw