# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE GIBBS,<br><br>　　　　　Plaintiff,<br>　　v.<br>WARDEN ASUNCION *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00755-CJC (MAA)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

August 22, 2019
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE